**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lori D. BLAKELY, Defendant–**
**Appellant.**

No. 04–6978.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 29, 2004.

Decided: Aug. 5, 2004.

Lori D. Blakely, Appellant pro se.

Michael Rhett DeHart, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lori D. Blakely appeals the district court's orders denying her motion to compel the Government to file a motion under Fed.R.Crim.P. 35(b) and motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the dis-

trict court. *See United States v. Blakely,* Nos. CR–97–678 (D.S.C. May 25, 2004; Feb. 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*